**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:15-CR-137-APG-(CWH) |
| | ) |
| JOSEPH MARFOGLIA, | ) |
| | ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that defendant JOSEPH MARFOGLIA pled guilty to Count One of a One-Count Criminal Information charging him with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349.  Criminal Information, ECF No. 3; Plea Agreement, ECF No. 6; Change of Plea, ECF No. 9.

This Court finds defendant JOSEPH MARFOGLIA agreed to the imposition of the in personam criminal forfeiture money judgment of $100,000 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information.  Criminal Information, ECF No. 3; Plea Agreement; ECF No. 6; Change of Plea, ECF No. 9.

This Court finds that JOSEPH MARFOGLIA shall pay a criminal forfeiture money judgment of $100,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

1   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2   States recover from JOSEPH MARFOGLIA a criminal forfeiture money judgment in the amount of
3   $100,000 in United States Currency.

4   DATED this 29th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individual was served with a copy of the Order of Forfeiture on May 28, 2015, by the below identified method of service:

<u>Electronic Filing</u>

William Gamage
Gamage & Gamage
5580 South Fort Apache, S 110
Las Vegas, NV 89148
askmyattorney@yahoo.com
Counsel for Joseph Marfoglia

/s/ Mary Stolz
Mary Stolz
Forfeiture Support Associates Paralegal