

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:15-CR-137-APG-(CWH) |
| JOSEPH MARFOGLIA, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

This Court found that JOSEPH MARFOGLIA shall pay the criminal forfeiture money judgment of $100,000 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. 3; Plea Agreement, ECF No. 6; Change of Plea, ECF No. 9; Preliminary Order of Forfeiture, ECF No. 11.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOSEPH MARFOGLIA the criminal forfeiture money judgment in the amount of $100,000 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

/ / /

/ / /

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of
2  this Order to all counsel of record and three certified copies to the United States Attorney's Office,
3  Attention Daniel D. Hollingsworth, Asset Forfeiture Unit.
4  DATED this 24th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

2