RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
Wright Marsh & Levy
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
Attorney for Joseph Marfoglia

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSEPH MARFOGLIA,<br>Defendant. | CASE NO. 2:15-CR-00137-APG-NJL<br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, TODD BLANCHE, Acting Attorney General, through Assistant United States Attorney JOSHUA BRISTER; and Defendant Joseph Marfoglia, by and through his counsel, RICHARD A. WRIGHT, ESQUIRE, of Wright Marsh & Levy, that the Revocation for Supervised Release hearing currently scheduled for Wednesday, October 7, 2026 at 10:00 a.m., be vacated and continued for at least 45 days to a date and time convenient to this Court.

The request for a continuance is based upon the following:

1. Defense counsel was just appointed and, after reviewing the docket, ordered transcripts of Mr. Marfoglia's sentencing and post sentencing proceedings before the court. Defense counsel has several court cases ongoing in Ely and Carson City, plus a trial in Las Vegas starting October 12, 2026 and needs the additional time to prepare for the revocation proceedings.

2. The parties agree to the requested continuance. Mr. Marfoglia agrees to the continuance.

3. Additionally, denial of this request for a continuance could result in the miscarriage of justice.

4. Additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first request for a continuance of the revocation for supervised release hearing for the current pending petition.

Dated this 25th day of September, 2026.

WRIGHT MARSH & LEVY

By: /s/ Richard A. Wright
RICHARD A. WRIGHT, ESQUIRE
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Attorney for Joseph Marfoglia

TODD BLANCHE,
Acting Attorney General

By: /s/ Joshua Brister
JOSHUA BRISTER
Assistant U.S. Attorney District of Nevada
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101
Counsel for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
JOSEPH MARFOGLIA, )
Defendant. )

CASE NO. 2:15-CR-00137-APG-NJL

**ORDER**

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the revocation for supervised release hearing in the above captioned matter currently scheduled for October 7, 2026 at 10:00 am., be vacated and continued to November 19, 2026, at 1:30 p.m. in Las Vegas Courtroom 6C.

HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE